# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Barry Bennet Ramey<br>DOB: XXXXXX<br><br>*Defendant(s)* | Case: 1:22-mj-00083<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 4/20/2022<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 6, 2021 in the county of _____ in the _____ in the District of Columbia, the defendant(s) violated:

*Code Section* — *Offense Description*

18 U.S.C. §§§ 1752(a)(1), (2), (4), and (b)(1))(A) - Enter or Remain in a Restricted Building or Grounds with Intent to Impede or Disrupt and Knowingly Engages in an Act of Physical Violence While Using or Carrying a Deadly or Dangerous Weapon;

40 U.S.C. § 5104(e)(2)(F) - Act of physical violence in the Grounds or Capitol Buildings;

18 U.S.C. §§ 111(a)(1) and 111(b) - Assault of Federal Law Enforcement Officer with a Deadly or Dangerous Weapon;

18 U.S.C. 231(a)(3) - Obstruct, Impede, or Interfere with Law Enforcement Officer.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Ryan Nougaret, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 04/20/2022

*Judge's signature*

City and state: Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*