AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-mj-00083 |
| Barry Bennet Ramey | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 4/20/2022 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ Barry Bennet Ramey _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1752(a)(1), (2), (4), and (b)(1))(A) - Enter or Remain in a Restricted Building or Grounds with Intent to Impede or Disrupt and Knowingly Engages in an Act of Physical Violence While Using or Carrying a Deadly or Dangerous Weapon;
40 U.S.C. § 5104(e)(2)(F) - Act of physical violence in the Grounds or Capitol Buildings;
18 U.S.C. §§ 111(a)(1) and 111(b) - Assault of Federal Law Enforcement Officer with a Deadly or Dangerous Weapon;
18 U.S.C. 231(a)(3) - Obstruct, Impede, or Interfere with Law Enforcement Officer.

Date: 04/20/2022

Issuing officer's signature
Digitally signed by G. Michael Harvey
Date: 2022.04.20 12:38:33 -04'00'

City and state: Washington, D.C.     G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 04/20/2022, and the person was arrested on (date) 04/21/2022
at (city and state) Plantation, Florida.

Date: 04/21/2022

*Arresting officer's signature*

Ryan Nougaret     FBI-SA
*Printed name and title*